UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 17-31651-DHW
Natasha Cottrell                                Chapter 13

    Debtor(s)

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on June 9, 2017 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama, **on June 26, 2017 at 2:00 p.m.**

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc. 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 12th day of June, 2017

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c    Richard D. Shinbaum, Attorney for Debtor
    Debtor
    Trustee

```
                           United States Bankruptcy Court
                             Middle District of Alabama
In re:                                                             Case No. 17-31651-DHW
Natasha Cottrell                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1127-2          User: csanders              Page 1 of 1        Date Rcvd: Jun 12, 2017
                              Form ID: pdfSOME            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
db             +Natasha Cottrell,    135 Patton Lane,    Lowndesboro, AL 36752-4008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              Bankruptcy Administrator     ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Natasha  Cottrell rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 3