UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 17–31651
                                                         Chapter 13
Natasha Cottrell,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on July 10, 2017 at 01:30 PM

to consider and act upon the following:

*23* – AMENDED Motion for Relief from Stay . NO FEE REQUIRED, in addition to Motion for Relief from Co–Debtor Stay and Request for Telephonic Hearing filed by Kristofor D. Sodergren on behalf of Vanderbilt Mortgage and Finance, Inc. (RE: related document(s)20 Motion for Relief From Stay filed by Creditor Vanderbilt Mortgage and Finance, Inc., Motion for Relief from Co–Debtor Stay). (Sodergren, Kristofor)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1–888–431–3632 Participant Code: 361328**
CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

  – Mute your telephone as applicable until your case is called
  – Do not place the phone on hold during the call as many companies utilize background music

  If you cannot mute your phone:
  – Do not conduct work such as paper shuffling or keyboard typing
  – Do not address the court until you are called upon
  – Remain silent while waiting
  – Refrain from making unnecessary noise
  – Turn off electronics that broadcast sound – television, radio
  – Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated June 26, 2017

*Juan-Carlos Guerrero*
Juan–Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:  
Natasha Cottrell  
    Debtor

Case No. 17-31651-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2    User: jmclain    Page 1 of 1    Date Rcvd: Jun 26, 2017  
Form ID: nhATT888    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.
```
db           +Natasha Cottrell,    135 Patton Lane,    Lowndesboro, AL 36752-4008
cr            Vanderbilt Mortgage and Finance, Inc.,   c/o Kristofor D. Sodergren,   ROSEN HARWOOD, PA,
                2200 Jack Warner Parkway (35401),    Post Office Box 2727,    Tuscaloosa, AL 35403-2727
3784474      +VANDERBILT MORTGAGE,    500 ALCOA TRAIL,    P O Box 9800,    Maryville, TN 37802-9800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Kristofor D. Sodergren    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               bknotice@rcslaw.com
              Richard C. Dean, Jr.    on behalf of Creditor    Montgomery Dentistry rdean@mindspring.com,
               babbott@deanlawfirm.org
              Richard D. Shinbaum    on behalf of Debtor Natasha   Cottrell rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 5
```