UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 17-31651-DHW
                                               Chapter 13

NATASHA COTTRELL,

      Debtor.

## ORDER TERMINATING STAY AND CODEBTOR STAY

Vanderbilt Mortgage and Finance Inc. filed a motion (Doc. # 23) for relief from the automatic stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) to enforce a lien on the property described in the motion and to proceed against codebtor Michael A. Lewis to collect the debt to the extent the debt is not being paid through the chapter 13 plan. The motion came on for hearing on July 10, 2017. Counsel for the debtor could offer no defense. Accordingly, it is

ORDERED that the motion is GRANTED and the stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) are TERMINATED to allow Vanderbilt Mortgage and Finance Inc. to enforce its lien on the property described in the motion and to proceed against Michael A. Lewis to collect the debt to the extent the debt is not being paid through the chapter 13 plan. It is

FURTHER ORDERED that any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this the 10th day of July, 2017.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:     Debtor
       Richard D. Shinbaum, Attorney for Debtor
       Kristofor D. Sodergren, Attorney for Creditor
       Michael A. Lewis, Codebtor
       Vanderbilt Mortgage and Finance Inc., Creditor
       Sabrina L. McKinney, Trustee