# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>NATASHA COTTRELL<br>SSAN: XXX-XX-9043<br><br><br><br><br>Debtor(s) | Case No. 17-31651-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on June 09, 2017.

2. The debtor(s) §341 Meeting of Creditors was held July 26, 2017.

3. The debtor(s) overall pay record is 133%.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(**X**) Debtor was to amend Schedule I to list her spouse's income. Debtor testified at the Meeting of Creditors that he has returned to work and is no longer receiving unemployment.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this August 21, 2017.

                                                                  Sabrina L. McKinney
                                                                   Chapter 13 Standing Trustee

                                                      By: /s/*Audrey L. Willis*
                                                                   Audrey L. Willis
                                                                   Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this August 21, 2017.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>         RICHARD D SHINBAUM | /s/*Audrey L. Willis*<br>_____<br>Audrey L. Willis<br>Staff Attorney |